1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DeWAYNE WASHINGTON,

11            Plaintiff,                    No. CIV S-04-2510 FCD DAD P

12        vs.

13   BEAMS, et al.,

14            Defendants.                   FINDINGS & RECOMMENDATIONS

15   _____/

16            By order filed August 22, 2005, plaintiff's complaint was dismissed and thirty

17   days leave to file an amended complaint was granted.  Plaintiff was cautioned that failure to do

18   so would result in a recommendation that this action be dismissed.  The thirty day period has

19   now expired, and plaintiff has not filed an amended complaint or otherwise responded to the

20   court's order.

21            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

22   without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

23            These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

25   days after being served with these findings and recommendations, plaintiff may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

                                                1

1  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

2  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

3  F.2d 1153 (9th Cir. 1991).

4  DATED: October 3, 2005.

5

6                                          DALE A. DROZD
                                           UNITED STATES MAGISTRATE JUDGE
7

8  DAD:lg
   wash2510.fta
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26