IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DeWAYNE WASHINGTON,

      Plaintiff,                    No. CIV S-04-2510 FCD DAD P

    vs.

BEAMS, et al.,

      Defendants.          ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 4, 2005, the court filed findings and recommendations recommending that this action be dismissed due to plaintiff's failure to file an amended complaint as ordered by the court on August 22, 2005. On October 17, 2005, plaintiff filed objections to the findings and recommendations and explained that he is suffering from health problems and has limited access to his legal property. The court will vacate the findings and recommendations and provide plaintiff additional time to file his amended complaint. Plaintiff is cautioned, however, that he must diligently prosecute this action and that the court cannot provide unlimited extensions of time for court deadlines.

        Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations, filed on October 4, 2005, are vacated; and

2. Within thirty days from the service of this order, plaintiff shall file his amended complaint as set forth in the court's August 22, 2005 order.

DATED: October 21, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wash2510.vac