IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DeWAYNE WASHINGTON,

      Plaintiff,                No. CIV S-04-2510 FCD DAD P

    vs.

BEAMS, et al.,

      Defendants.         ORDER

_____/

      Plaintiff has requested an extension of time to file his amended complaint pursuant to the court's order of October 21, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's November 9, 2005 motion for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the service of this order in which to file an amended complaint.

DATED: November 16, 2005.

                                        /s/ Dale A. Drozd
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:bb
wash2510.36